## MEMORANDUM DECISION ON REHEARING

Pursuant to Ind. Appellate Rule 65(D), this Memorandum Decision shall not be regarded as precedent or cited before any court except for the purpose of establishing the defense of res judicata, collateral estoppel, or the law of the case.



FILED

Aug 08 2019, 8:03 am

CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

ATTORNEY FOR APPELLANT

Megan Shipley
Marion County Public Defender Agency
Appellate Division
Indianapolis, Indiana

ATTORNEYS FOR APPELLEE

Curtis T. Hill, Jr.
Attorney General of Indiana

Caroline G. Templeton
Deputy Attorney General
Indianapolis, Indiana

# IN THE
# COURT OF APPEALS OF INDIANA

| | |
|---|---|
| Allan H. Walker, Jr., *Appellant-Defendant,* <br><br> v. <br><br> State of Indiana, *Appellee-Plaintiff.* | August 8, 2019 <br><br> Court of Appeals Case No. 18A-CR-2305 <br><br> Appeal from the Marion Superior Court <br><br> The Honorable Mark D. Stoner, Judge <br><br> Trial Court Cause No. 49G06-1705-MR-16621 |

**Bailey, Judge.**

[1] Allan Walker, Jr. ("Walker") petitions for rehearing following our affirmation of his conviction for Murder. In relevant part, he asks that we strike the

following language in Paragraph 21: "The two other men were never identified, raising an inference that Walker made no effort to implicate the shooter." Because there was testimony that Walker provided police with a name (albeit one which did not lead to the identification of a shooter) and because the challenged reference may be seen as commentary upon Walker's exercise of his right to remain silent, we delete the objectionable language. In all other respects, we affirm our original opinion.

Riley, J., and Pyle, J., concur.